[No. 4922–8–II.   Division Two.   January 7, 1983.]

KENNETH HAIRE, ET AL, *Appellants,* v. ETHEL
MARTIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 289131, Robert A. Jacques, J., entered July 18,
1980. *Reversed* by unpublished opinion per Petrie, J., con-
curred in by Petrich, C.J., and Worswick, J.

[No. 5370–5–II.   Division Two.   January 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. IRA
HUE McQUEEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 57692, Thomas A. Swayze, Jr., J., entered
February 2, 1981. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5099–4–II.   Division Two.   January 7, 1983.]

*In the Matter of the Marriage of* ADRIENNE LICKER,
*Respondent, and* PAUL LICKER, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 79–3–00484–8, Robert Cole, J. Pro Tem.,
entered September 30, 1980. *Remanded* by unpublished
opinion per Reed, J., concurred in by Worswick, A.C.J., and
Petrie, J.

[No. 9583–8–I.   Division One.   January 10, 1983.]

WALTER J. TERRY, ET AL, *Respondents,* v. WILLIAM
J. BORN, ET AL, *Defendants,* ROBERT C.
ROLLINS, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 823063, H. Joseph Coleman, J., entered
November 5, 1980. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham, A.C.J., and Ringold, J.